No. 81–5038.   DEMPS v. FLORIDA.   Sup. Ct. Fla.;

No. 81–5169.   JACOBS v. FLORIDA.   Sup. Ct. Fla.;

No. 81–5192.   DICKS v. TENNESSEE.   Sup. Ct. Tenn.;

No. 81–5271.   SWINDLER v. ARKANSAS.   Sup. Ct. Ark.; and

No. 81–5336.   MARTIN v. NORTH CAROLINA.   Sup. Ct. N. C.   Certiorari denied.   Reported below: No. 81–5038, 395 So. 2d 501; No. 81–5169, 396 So. 2d 1113; No. 81–5192, 615 S. W. 2d 126; No. 81–5271, 272 Ark. 340, 617 S. W. 2d 1; No. 81–5336, 303 N. C. 246, 278 S. E. 2d 214.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 81–5189.   MERCER v. MISSOURI.   Sup. Ct. Mo.   Motion of ACLU of Western Missouri for leave to file a brief as *amicus curiae* granted.   Certiorari   denied.   ▮

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 81–5296.   FIERRO v. MACDOUGALL, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 9th Cir.   Certiorari denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this petition.   ▮